# EVENT HISTORY DETAILS
## PUTNAM COUNTY SHERIFF'S DEPT.
Event Number - 2019-007967
Case Number(s) - 2019-000858

## Event Details:

| | | |
|---|---|---|
| Event #: 2019-007967 | Call Type: ASSTA - ASSIST POLICE AGENCY | Priority: 1 |
| Received Date: 03/02/2019 | Received Time: 23:20:59   Call Taker: PC301 | Position: DISPTCH 3 |
| Sent to Dispatch: 23:24:40 | Dispatcher: PC301   First at Scene: | Last Clear: 00:06:19 |
| Received From: PHONE | Responder:   Mail: NO   Distribution: | |

## Event Location:
Common:
Street: 10 LAFAYETTE RD.  PATTERSO     Apt/Suite:
X-Street: WESLEY RD  / FAIRFIELD DR
Zone: S-L      Map co-ords:

## Complainant:
Name: COTTE, WENDY       Contact: MEET COMP
Address: 10 LAFAYETTE RD   PATTERSON NY    Phone #: (917) 9956046
Alarm Co.:       Ref #:       Op #:

## Narrative

03/02/19 23:24 PC301 DISPTCH 3:
NEW FAIRFIELD PD ON SCENE STATING NEG PROBLEM. RESIDENCE ACTUALLY IN PUTNAM LAKE. CALL RECEIVED AS FATHER HOME DRUNK WITH 8 YEAR OLD.

03/02/19 23:24 PC301 DISPTCH 3:
PERSON: (COMPLAINANT) (FMLS) WENDY  COTTE

03/02/19 23:46 PC301 DISPTCH 3:
UNIT(S) PC32-AS TIMER UPDATE

03/02/19 23:46 PC307 DISPTCH2:
UNIT(S) PC32-AS TIMER UPDATE

03/03/19 00:07  PC32 PC32:
REPORT TO FOLLOW

## Call Summary:
Units Dispatched: YES    Case #(s) Assigned: YES    Final Disposition: NECESSARY ACTION TAKEN

| Agency ORI# NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT.<br>Three County Center, Carmel, NY, 10512<br>INCIDENT ( RMS ) | AGENCY REPORT NUMBER 2019-000858<br>1. Original<br>Juvenile [X]   2. Supplement [1] |
|---|---|---|
| Phone (845) 2254300 | | |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT. | 2019-000858 |

| Reported: Day | Date | Time(mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| Saturday | 03/02/2019 | 23:20 | 23:28 | 23:43 | 00:00 |

| Incident: Day | Date | Time (mil) | | Day | Date | Time (mil) |
|---|---|---|---|---|---|---|
| From SATURDAY | 03/02/2019 | 23:20 | To | SATURDAY | 03/02/2019 | 23:20 |

**Incident Type**
FAMILY DISPUTE

### OFFENSE(S)

### LOCATION

**Incident Location (Common Name, Street, Apt. Number)**
- 10 LAFAYETTE RD  / WESLEY RD  &  FAIRFIELD DR

| Cross Streets | City, State |
|---|---|
| WESLEY RD  &  FAIRFIELD DR | PATTERSON |

| Zip | Geographic Indicator | Location Type |
|---|---|---|
| | S-L | RESIDENCE-SINGLE |

### NARRATIVE

PTL RESPONDED FOR A CHILD WHO DID NOT FEEL SAFE WITH HER FATHER WHILE AT HIS RESIDENCE FOR THE WEEKEND.

### ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| DIR | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| VARBERO, THOMAS | Pc32 | | | PC32 | 03/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LOMBARDO, SCOTT E. | Pc107 | 03/14/2019 | 0 | 2 | 1 | 0 | 0 | 0 |

| Routed To | Referred To | |
|---|---|---|
| CRIMINAL INVEST | | |

| Assigned To | Assigned By | Assigned Date |
|---|---|---|
| | | |

| Case Status | Exception Type | Date Cleared |
|---|---|---|
| OPEN | | |

# INCIDENT - PERSON(S) ( RMS )

Juvenile: X  
1. Original ☐  
2. Supplement: 1

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT | 2019-000858 |

| Original Report Date | Incident Type |
|---|---|
| 03/02/2019 | FAMILY DISPUTE |

## VICTIM/WITNESS

| Offense Ind. | V/W Code | Victim Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|---|
| | VICTIM | INDIVIDUAL | YES | [redacted] |

| Family / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | NY | UNITED STATES | |

| Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| 1905 2ND AV 10F | NEW YORK | NY | 10029 | (917)995-6046 |

| Employer / School | Address | City | State Zip | Business Phone |
|---|---|---|---|---|

Synopsis of Involvement: Victim DID receive information on Victim's Rights and Services Pursuant to State Law

| Driver License Number | DL State | Driver License Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
| | NY | | | | 0 |

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | N/A | N/A | 0 | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| HISPANIC | | FEMALE | [redacted] | 8 | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|

Scars / Marks / Tatoos (Location / Describe)

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
| | NONE | | | |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|

## VICTIM/WITNESS

| Offense Ind. | V/W Code | Victim Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|---|
| | VICTIM | INDIVIDUAL | NO | WENDY COTTE |

| Family / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | NY | UNITED STATES | |

| Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| 1905 2ND AV 10F | NEW YORK | NY | 10029 | (917)995-6046 |

| Employer / School | Address | City | State Zip | Business Phone |
|---|---|---|---|---|

Synopsis of Involvement: Victim DID receive information on Victim's Rights and Services Pursuant to State Law

| Driver License Number | DL State | Driver License Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
| | NY | | | | 0 |

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | N/A | N/A | 0 | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| HISPANIC | | FEMALE | [redacted] | 39 | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|

Scars / Marks / Tatoos (Location / Describe)

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
| | NONE | | | |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| DIR | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| VARBERO, THOMAS | Pc32 | | | PC32 | 03/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LOMBARDO, SCOTT E | Pc107 | 03/14/2019 | 0 | 2 | 1 | 0 | 0 | 0 |

Page 2 of 5 Page(s)

# INCIDENT - PERSON(S) ( RMS )

Juvenile: X  
1. Original ☐ 1  
2. Supplement ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT. | 2019-000858 |

| Original Report Date | Incident Type |
|---|---|
| 03/02/2019 | FAMILY DISPUTE |

## SUSPECT

| Offense Indicator | Suspect Code | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
|  | SUSPECT | NO | HUMBERTO RIVERA |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
|  | NY | UNITED STATES |  |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| 10 LAFAYETTE RD | PATTERSON | NY | 10509 | (347)506-9611 |

| Employer / School | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
|  | N/A | N/A | 0 |  |  |  |

| Driver License Number | DL State | DL Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
|  | NY |  |  |  | 0 |

| Required Endorsements | Commercial DL | Commercial Vehicle | Person Name Different Than On DL | Operator Owns Vehicle | NCIC | Cancelled By |
|---|---|---|---|---|---|---|
|  | NO | NO | NO | NO |  |  |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| HISPANIC |  | MALE |  | 41 |  |  |  |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|

Scars / Marks / Tatoos (Location / Describe)

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
|  | NONE |  |  |  |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| DIR |  |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| VARBERO, THOMAS | Pc32 |  |  | PC32 | 03/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LOMBARDO, SCOTT E | Pc107 | 03/14/2019 | 0 | 2 | 1 | 0 | 0 | 0 |

Page 3 of 5 Page(s)

## INCIDENT - NARRATIVE CONTINUATION ( RMS )

Juvenile: X
1. Original
2. Supplement: 1

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT. | 2019-000858 |

| Original Date Reported | Incident Type |
|---|---|
| 03/02/2019 | FAMILY DISPUTE |

### NARRATIVE CONTINUATION

PTL REPORTS; COMPLAINANT WENDY COTTE STATES HER DAUGHTER ███████████ CALLED HER AND STATED SHE WAS FEELING UNSAFE WITH HER FATHER HUMBERTO RIVERA BECAUSE HE HAD BEEN DRINKING ALCOHOL.

███████████ WAS AT HER FATHERS HOUSE AT 10 LAFAYETTE RD FOR HER VISITATION WEEKEND WITH HIM PER FAMILY COURT. SKARLETTE PLACED THE PHONE CALL TO HER MOTHER AND HER MOTHER WENDY CALLED THE POLICE TO CHECK ON HER DAUGHTER.

PTL ARRIVED AND SPOKE WITH NEW FAIRFIELD POLICE WHO WERE ON LOCATION AND THEN SPOKE WITH HUMBERTO WHO WAS IN FACT INTOXICATED. HUMBERTO WAS ASLEEP AND UNAWARE ███████ HAD MADE THE PHONE CALL TO HER MOTHER. PTL ALSO SPOKE WITH JENNIKA SUERO WHO LIVES AT 10 LAFAYETTE AS WELL AND IS ENGAGED TO HUMBERTO, THEY SHARE A CHILD, ███████████ WHO DID APPEAR TO BE IN GOOD HEALTH. JENNIKA AND ███████ WERE IN A SEPARATE BEDROOM WITH THE DOOR CLOSED AND JENNIKA STATED HE WAS UNAWARE ANYTHING HAD BEEN GOING ON.

PTL SPOKE WITH WENDY WHO WAS WAITING OUTSIDE WITH ███████ IN A VEHICLE WHO STATED SHE DID NOT HAVE CONTACT WITH HUMBERTO BUT SHE FEARED FOR HER DAUGHTERS SAFETY AFTER RECEIVING A PHONE CALL. WENDY STATES ALCOHOL AND VIOLENCE HAS BEEN A PAST ISSUE WITH HUMBERTO.

SPEAKING WITH ███████████ SHE STATED THAT HER FATHER HUMBERTO TOOK HER PHONE FROM HER AND TOLD HER SHE WAS NOT ALLOWED TO CALL HER MOTHER EARLIER IN THE DAY. ███████ ALSO STATES THAT HER FATHER TOOK HER MEDICATION FROM HER THAT SHE WAS PRESCRIBED BY A DOCTOR FOR STOMACH ISSUES SHE HAS BEEN HAVING. ███████ STATED HER FATHER DID NOT HIT HER OR BECOME VIOLENT BUT SHE DID FEEL UNSAFE WITH HIS ACTIONS.

PTL EXPLAINED TO HUMBERTO AND JENNIKA THAT ███████ WOULD BE LEAVING WITH HER MOTHER AND SHE DID NOT FEEL SAFE THERE. HUMBERTO BEGAN TO YELL AND PACE BACK AND FORTH STATING HE WANTED TO KNOW WHERE HIS DAUGHTER WAS. PTL EXPLAINED AGAIN

### ADMINISTRATIVE

Report Contains: DIR

Related Report Number(s):

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| VARBERO, THOMAS | Pc32 | | | PC32 | 03/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LOMBARDO, SCOTT E. | Pc107 | 03/14/2019 | 0 | 2 | 1 | 0 | 0 | 0 |

Routed To: CRIMINAL INVEST
Referred To:
Assigned To:
By:
Assigned Date:

Case Status: OPEN
Exception Type:
Date Cleared:

## INCIDENT - NARRATIVE CONTINUATION ( RMS )

Juvenile: X
1. Original
2. Supplement: 1

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| NY0390000 | PUTNAM COUNTY SHERIFF'S DEPT. | 2019-000858 |
| Original Date Reported | Incident Type | |
| 03/02/2019 | FAMILY DISPUTE | |

### NARRATIVE CONTINUATION

THAT ▮▮▮▮ WOULD BE LEAVING WITH HER MOTHER AND FAMILY COURT WOULD DEAL WITH THIS ISSUE FURTHER. HUMBERTO WAS VISIBLY ANGRY AND INTOXICATED. PTL EXPLAINED TO JENNIKA THE SITUATION AND SHE STATED SHE UNDERSTOOD AND HUMBERTO WOULD BE FINE.

▮▮▮▮ LEFT WITH HER MOTHER WENDY AND WILL BE RETURNING HOME TO NYC.

BOTH PARTIES ADVISED TO SPEAK WITH FAMILY COURT REGARDING THIS ISSUE.

COMPLAINANT SPOKE TO CPS. CPS THEN FOLLOWED UP WITH PATROL WHO HAD NOTHING FURTHER TO ADD.

### ADMINISTRATIVE

| Report Contains | | | | | Related Report Number(s) | | | |
|---|---|---|---|---|---|---|---|---|
| DIR | | | | | | | | |
| Officer(s) Reporting | ID. Number | Name | | | ID. Number | Unit | Date | |
| VARBERO, THOMAS | Pc32 | | | | | PC32 | 03/03/2019 | |
| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
| LOMBARDO, SCOTT E. | Pc107 | 03/14/2019 | 0 | 2 | 1 | 0 | 0 | 0 |
| Routed To | | Referred To | | | | | | |
| CRIMINAL INVEST | | | | | | | | |
| Assigned To | | By | | | | | Assigned Date | |
| Case Status | | Exception Type | | | | | Date Cleared | |
| OPEN | | | | | | | | |