UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HUMBERTO RIVERA, JR.,
           Plaintiff,

v.

DEPUTY SHERIFF THOMAS VARBERO, in
his official and individual capacities,
           Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 1877 (VB)

As discussed at the initial conference held on the record today, at which plaintiff, proceeding pro se, and defense counsel appeared in person, it is hereby ORDERED:

1.    The commencement of discovery is STAYED pending the Court's resolution of the motions to dismiss in the related action, Rivera v. Town of New Fairfield, 22 CV 1874.

2.    A conference is scheduled for **November 8, 2023, at 3:00 p.m.**, at the White Plains courthouse, Courtroom 620.

3.    Plaintiff shall advise the Court of any change of address in writing.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: June 29, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1