USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

HUMBERTO RIVERA, JR.,
          Plaintiff,

v.

TOWN OF NEW FAIRFIELD ET AL.,
          Defendants.

--------------------------------------------------------------x

HUMBERTO RIVERA, JR.,
          Plaintiff,

v.

DEPUTY SHERIFF THOMAS VARBERO, in
his official and individual capacities,
          Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 1874 (VB)
22 CV 1877 (VB)

The briefing schedule for summary judgment motions is revised as follows:

By March 17, 2025, defendants shall submit their motions for summary judgment. By May 1, 2025, plaintiff shall file his response. By May 15, 2025, defendants shall file their reply.

The Clerk is instructed to terminate the letter motion. (Case #22-CV-1874, Doc. #129).

Dated: February 10, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge