UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HUMBERTO RIVERA, JR.,
          Plaintiff,

v.

TOWN OF NEW FAIRFIELD ET AL.,
          Defendant.

--------------------------------------------------------------x

HUMBERTO RIVERA, JR.,
          Plaintiff,

v.

DEPUTY SHERIFF THOMAS VARBERO, in
his official and individual capacities,
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 1874 (VB)

**ORDER**

22 CV 1877 (VB)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/15/25*

    As discussed at a conference held on the record yesterday at which counsel for both parties appeared, it is HEREBY ORDERED:

1. The parties shall participate in a settlement conference before Magistrate Judge McCarthy.

2. By **December 11, 2025**, defense counsel shall file a letter advising the Court as to the status of settlement.

3. In the event the case does not settle, the Court will conduct a pre-trial conference on **December 18, 2025, at 12:00 p.m.**

4. Pro bono counsel's motion to withdraw is DENIED as to case number 22-cv-1877 (VB). The Clerk of Court is directed to terminate the motions. (Doc. ##85, 86).

5. Pro bono counsel's motion to withdraw is GRANTED as to case number 22-cv-1874 (VB). The Clerk of Court is directed to (1) terminate pro bono counsel's appearance on the docket in that case, and (2) terminate the motions. (Doc. ##168, 169).

Dated: October 15, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge