UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUMBERTO RIVERA, JR.,

                              Plaintiff,                      **SCHEDULING ORDER**

          -against-                                      22 Civ. 1877 (VB)

DEPUTY SHERIFF THOMAS VARBERO,

                              Defendant.
------------------------------------------------------------X

       The Court has scheduled a Settlement Conference for November 19, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

       Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The *ex parte* letters should only be sent to Chambers by e-mail, at McCarthy_NYSDChambers@nysd.uscourts.gov. Do not file the *ex parte* letters on the docket. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendant must make at least one new settlement offer.

Dated: October 17, 2025
       White Plains, New York

                                                        **SO ORDERED:**

                                                         _____
                                                         JUDITH C. McCARTHY
                                                        United States Magistrate Judge