

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

December 2, 2025

*VIA ECF*

Honorable Judge, Vincent L. Briccetti, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:   *Rivera v. Town of New Fairfield*, et al.
            Case No. 7:22-cv-01877-VB

Dear Judge Briccetti,

    As Your Honor is aware, we noted our limited appearance as *pro bono* counsel for Plaintiff Humberto Rivera ("Plaintiff") on March 11, 2024, for the limited purpose of representing Plaintiff through discovery, summary judgment briefing, and a Settlement Conference in the above-referenced case. *See* Doc. Nos. 40 and 58. On January 8, 2025, we engaged in the first scheduled Settlement Conference, which did not result in the resolution of this matter. *See* Doc. No. 61. Between March 17, 2025 and July 3, 2025, the parties briefed summary judgment in this matter. *See* Doc. Nos. 63–82. On September 10, 2025, this Court partially granted summary judgment in favor of certain Defendants. *See* Doc. Nos. 83–84. On October 14, 2025, the undersigned appeared before Your Honor and agreed to represent Plaintiff at a second Settlement Conference before Judge McCarthy. *See* Doc. No. 89. On November 19, 2025, the parties participated in that Settlement Conference with Judge McCarthy, which did not result in this case resolving. Because we have completed our limited appearance as Plaintiff's *pro bono* counsel, we respectfully request that the Court withdraw our representation.

    We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                */s/ Christie R. McGuinness*

                              Christie R. McGuinness

cc: All Counsel of Record (via ECF)

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP