UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HUMBERTO RIVERA, JR., :
              Plaintiff, :
 :
v. : **ORDER**
 :
 : 22 CV 1877 (VB)
DEPUTY SHERIFF THOMAS VARBERO, in :
his official and individual capacities, :
              Defendants. :
--------------------------------------------------------------x

      For the reasons detailed in counsel's motions, pro bono counsel's second motions to withdraw are GRANTED. The Clerk is directed to (i) terminate pro bono counsel's appearance on the docket in this case, and (ii) terminate the motions. (Docs. ##92, 93).

      The pre-trial conference on **December 18, 2025, at 12:00 p.m.** will proceed as scheduled. Plaintiff and counsel for defendant must attend the December 18 conference.

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: December 3, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25
```

Copies Mailed/Faxed 12/3/25
Chambers of Vincent L. Briccetti