UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
HUMBERTO RIVERA, JR.,
                    Plaintiff,

v.

DEPUTY SHERIFF THOMAS VARBERO, in
his official and individual capacities,
                    Defendant.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDER

22 CV 1877 (VB)

     As discussed at a conference held on the record today at which plaintiff, proceeding pro se, and defense counsel appeared, it is hereby ORDERED:

1. By **January 8, 2026**, plaintiff shall file a letter informing the Court whether he intends to continue pursuing the case pro se or instead make an application for the Court to request pro bono counsel.  In the event plaintiff requests Court appointed counsel, plaintiff's letter shall include explanations of (i) his financial status, and (ii) the steps he has taken to find an attorney.

2. The Court shall conduct a case management conference on **February 24, 2026, at 2:00 p.m.**

     Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated:  December 18, 2025
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge