UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HUMBERTO RIVERA, JR.,                          :

                  Plaintiff,                :

                                :

v.                                             :

                                :

DEPUTY SHERIFF THOMAS VARBERO, in    :
his official and individual capacities,
                    Defendant.                :
------------------------------------------------------------------x

**ORDER**

22 CV 1877 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/26

      As discussed at a conference held on the record today at which plaintiff, proceeding pro se, and defense counsel appeared, it is hereby ORDERED:

1. By **March 27, 2026**, plaintiff shall inform defense counsel whether he is willing to accept defendant's current settlement offer. Defense counsel shall file a letter informing the Court whether the parties have settled this action.

2. In the event the case does not settle this week, by **May 27, 2026**, defense counsel shall provide a status update on settlement.

Dated:  March 25, 2026
        White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge